# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2019

SEAN F. McAVOY, CLERK

LYNN L. JACKSON,

*Petitioner*

v.

JEFFREY A. UTTECHT,

*Respondent*

Civil Action No. 2:18-CV-00108-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's Petition for Writ of Habeas Corpus by a Person in State Custody, ECF No. 3, is DISMISSED, pursuant to 28 U.S.C. § 2244(d). Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a petition for writ of habeas corpus by a person in state custody.

Date: 07/25/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez